

BELL GIFTOS
ST. JOHN LLC

Writer's Direct Line (608) 216-7995
Writer's Fax: (608) 216-7999
Writer's E-mail: kstjohn@bellgiftos.com

June 27, 2023

**VIA ECF**

The Honorable Lynn Adelman
United States Courthouse Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

**Re:     Request for Rule 16 Conference;** *Uriel Pharmacy Health and Welfare Plan v. Advocate Aurora Health, Inc.* **Case No. 2:22-CV-610-LA**

Dear Judge Adelman,

We represent the Plaintiffs in this matter. We are writing to request the Court schedule a Rule 16 conference.

On April 28, 2023, this Court denied Defendants' motion to dismiss. Subsequently, the parties made initial disclosures. We also met and conferred over schedule, discovery issues (including ESI and the need for a protective order), and other matters required under Rule 26(f). The parties continue to discuss these matters to reach agreement where possible. Prior to a Rule 16 conference, we intend to submit a Rule 26(f) joint discovery plan and pretrial conference report that revises and replaces the report filed before the complaint was amended. (Doc. 19). All parties appeared more than 60 days ago, and a Rule 16 conference is not premature. Fed. R. Civ. P 16(b)(2).

5325 WALL STREET, SUITE 2200     MADISON, WISCONSIN 53718-7980
(608) 216-7990 MAIN     (608) 216-7999 FAX     BELLGIFTOS.COM

Respectfully submitted,

/s/ Kevin M. St. John                                    /s/ Jamie Crooks

**BELL GIFTOS ST. JOHN LLC**                **FAIRMARK PARTNERS, LLP**
Kevin St. John                                          Jamie Crooks
5325 Wall Street, Ste. 2200                    1825 7th Street NW, #821
Madison, WI 53718                               Washington, DC 20001
kstjohn@bellgiftos.com                          jamie@fairmarklaw.com

*Counsel For Uriel Plaintiffs*

                                                             **BERGER MONTAGUE PC**
                                                             Eric L. Cramer
                                                             1818 Market Street, Ste. 3600
                                                             Philadelphia, PA 19103
                                                             ecramer@bm.net


                                                             **BERGER & MONTAGUE PC**
                                                             Daniel J Walker
                                                             2001 Pennsylvania Avenue NW, Ste. 300
                                                             Washington, DC 20006
                                                             dwalker@bm.net

                                                             *Counsel For All Plaintiffs*


Cc: All counsel of record via ECF