UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-00610 |

## **JOINT MOTION FOR ENTRY OF ORDER REGARDING ESI PROTOCOL**

Disclosure and discovery activity in this action are likely to involve significant amounts of electronically stored information ("ESI").

Accordingly, the parties to this action hereby stipulate to and petition the Court to enter the following Order Regarding ESI Protocol, which has been agreed to by Plaintiffs, Uriel Pharmacy Health And Welfare Plan, Uriel Pharmacy, Inc., Hometown Pharmacy, and Hometown Pharmacy Health And Welfare Benefits Plan, and Defendants, Advocate Aurora Health, Inc. and Aurora Health Care, Inc.

The parties acknowledge that this Order Regarding ESI Protocol does not supersede the Federal Rules of Civil Procedure or any applicable Local Rules or Standing Orders.

Dated: February 9, 2024

/s/ Michaela Wallin
Jamie Crooks
Alexander Rose
Michael Liberman
Alison M. Newman
FAIRMARK PARTNERS, LLP
1825 7th Street NW, #821
Washington, DC 20001
PH: (617) 642-5569
jamie@fairmarklaw.com
alexander@fairmarklaw.com
michael@fairmarklaw.com
alison@fairmarklaw.com

Eric L. Cramer
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Ph: (215) 875-3009
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER & MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Ph: (202) 559-9745
dwalker@bm.net

Joseph R Saveri
Itak Moradi
JOSEPH SAVERI LAW FIRM LLP
601 California St, Suite 1000
San Francisco, CA 94108
Ph: (415) 500-6800
jsaveri@saverilawfirm.com
imoradi@saverilawfirm.com

Timothy M. Hansen
James Cirincione
HANSEN REYNOLDS LLC
301 N Broadway, Suite 400

Respectfully submitted,

/s/ Daniel Conley
Daniel E. Conley
Kristin C. Foster
Nathan J. Oesch
QUARLES & BRADY LLP
411 E Wisconsin Ave, Suite 2400
Milwaukee, WI 53202
Telephone: 414.277.5000
Fax: 414.271.3552
daniel.conley@quarles.com
kristin.foster@quarlres.com
nathan.oesch@quarles.com

Matthew J Splitek
QUARLES & BRADY LLP
33 E Main St, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Fax: 608.294.4914
matthew.splitek@quarles.com

Jane E. Willis
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Fax: 617.951.7050
jane.willis@ropesgray.com

Anne Johnson Palmer
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: 415.315.6300
Fax: 415.315.6350
anne.johnsonpalmer@ropesgray.com

*Attorneys for Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc.*

Milwaukee, WI 53202
Ph.: (414) 273-8473
thansen@hansenreynolds.com
jcirincione@hansenreynolds.com

*Attorneys for Plaintiffs Uriel Pharmacy Health And Welfare Plan, Uriel Pharmacy, Inc., Hometown Pharmacy, and Hometown Pharmacy Health And Welfare Benefits Plan*

Kevin M St John
BELL GIFTOS ST. JOHN LLC
5325 Wall Street, Suite 2200
Madison, WI 53718-7980
Ph.: (608) 216-7990
kstjohn@bellgiftos.com

*Attorneys for Plaintiffs Uriel Pharmacy Health and Welfare Plan and Uriel Pharmacy, Inc.*

3

Case 2:22-cv-00610-LA   Filed 02/09/24   Page 3 of 3   Document 58