UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH AND WELFARE PLAN;

*et al.*,

      Plaintiffs,

  v.

ADVOCATE AURORA HEALTH, INC.,

*et al.,*

      Defendants.

Case No. 2:22-cv-610-LA

**PLAINTIFFS' NOTICE TO WITHDRAW MOTION TO APPOINT
INTERIM CO-LEAD CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G)**

      PLEASE take notice that Plaintiffs hereby withdraw their Motion To Appoint Interim Co-Lead Class Counsel Pursuant to Fed. R. Civ. P. 23(g). (Doc. 82). The motion was filed with a proposed order (Doc. 82-1) and supported by a memorandum of law, (Doc. 83), and Declarations of Attorneys Jamie Crooks, Eric L. Cramer, and Joseph Saveri. (Docs. 84-86). Defendants took no position on the motion. (Doc. 82).

      Plaintiffs intend to refile an amended motion at a future date.

1

Dated November 12, 2024.

/s/ Jamie Crooks
Jamie Crooks
Michael Lieberman
FAIRMARK PARTNERS, LLP
1001 G Street, NW
Suite 400E
Washington, DC 20001
Tel: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

/s/ Eric L. Cramer
Eric L. Cramer
Michaela L. Wallin
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
1001 G Street, NW
Suite 400 East
Washington, D.C. 20001
Tel: (202) 599-9745
dwalker@bm.net

/s/ Joseph R. Saveri
Joseph R. Saveri
Itak Moradi
David Lerch
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Tel: (415) 500-6800
jsaveri@saverilawfirm.com
imoradi@saverilawfirm.com
dlerch@saverilawfirm.com

/s/ Timothy Hansen
Timothy Hansen
James Cirincione
John McCauley
HANSEN REYNOLDS, LLC
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Tel: (414) 455-7676
thansen@hansenreynolds.com
jcirincione@hansenreynolds.com
jmccauley@hansenreynolds.com

**Counsel for All Plaintiffs**

/s/ Kevin M. St. John
Kevin M. St. John
BELL GIFTOS ST. JOHN LLC
5325 Wall Street, Suite 2200
Madison, WI 53718
Tel: (608) 216-7990
kstjohn@bellgiftos.com

**Counsel for Uriel Pharmacy, Inc.,
Uriel Pharmacy Health and Welfare Plan**