UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH and
WELFARE PLAN, et al.,

    Plaintiffs,

v.                                  Case No. 22-cv-610

ADVOCATE AURORA HEALTH, INC. and
AURORA HEALTH CARE,

    Defendants.

## ORDER FOR EXTENSION OF TIME

Based on the Stipulation for Extension of Time on file, it is ORDERED that the deadline for Non-Party Trilogy Health Solutions, Inc. to respond to Uriel Pharmacy Health and Welfare Plan, et al.'s Motion to Compel Non-Party Trilogy Health Solutions to Produce Data by a Date Certain is extended until July 2, 2025.

Dated this 25th day of June, 2025.

                                              BY THE COURT:

                                              /s/ Lynn Adelman
                                              The Honorable Lynn Adelman
                                              United States District Court Judge