# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**URIEL PHARMACY HEALTH AND WELFARE PLAN,
URIEL PHARMACY INC,
HOMETOWN PHARMACY HEALTH AND
WELFARE BENEFITS PLAN, and
HOMETOWN PHARMACY,**
        **Plaintiffs,**

v.                                               Case No. 22-C-610

**ADVOCATE AURORA HEALTH INC
and AURORA HEALTH CARE INC,**
        **Defendants.**

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 12/2/2025
Time Commenced: 11:10 a.m.         Concluded: 11:36 a.m.
Deputy Clerk: LEH                       Court Reporter: Jen

APPEARANCES:

Plaintiffs: By Attorney Jamie Crooks, Kevin St John, and Yinka Onayemi

Defendants: By Attorneys Anne Johnson Palmer, Kyle Rainey, Daniel Conley, and Jane Fox

Nature of Conference: Telephonic Status Conference

**Notes:**

The parties discussed the outstanding Motion to Compel, ECF No. 184. The parties agreed that plaintiffs would serve additional written discovery upon defendants. The Court held that if plaintiffs remain dissatisfied with the quality of the answers provided by defendants, they are entitled to an additional five hours of Rule 30(b)(6) live deposition testimony. This resolves the motion.