## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; and URIEL PHARMACY, INC., on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE, INC., <br><br> Defendants. | Case No. 2:22-cv-00610 <br><br> Oral Argument Requested |

## DEFENDANTS' MOTION TO EXCLUDE
## OPINIONS AND TESTIMONY OF DR. JEFFREY J. LEITZINGER

Pursuant to Federal Rules of Evidence 702 and 403 and *Daubert v. Merrell Dow Pharms.*, Inc., 509 U.S. 579 (1993), Defendants Advocate Aurora Health, Inc. and Aurora Health Care Inc. respectfully move for an Order excluding Dr. Leitzinger's (1) opinions and testimony based on his yardstick regression model, including his calculation of aggregate damages purportedly attributable to the Challenged Provisions; (2) opinions and testimony with respect to his "two-step" method that purports to show classwide anticompetitive impact; and (3) opinions and testimony based on his extrapolation of damages for insurers for which he lacks claims data.  The bases for Defendants' Motion are set forth in the accompanying Memorandum of Law.

Defendants respectfully request oral argument in connection with this Motion.

*[Signatures appear on next page]*

Date: June 2, 2026

Respectfully submitted,

*/s/ Anne Johnson Palmer*
Daniel E. Conley
Nathan J. Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: 414.277.5000
Fax: 414.271.3552
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
QUARLES & BRADY LLP
33 E Main St, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Fax: 608.251.9166
matthew.splitek@quarles.com

Jane E. Willis
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Fax: 617.951.7050
jane.willis@ropesgray.com

Rocky C. Tsai
Anne Johnson Palmer
ROPES & GRAY LLP
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Telephone: 415.315.6300
Fax: 415.315.6350
rocky.tsai@ropesgray.com
anne.johnsonpalmer@ropesgray.com