# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH AND WELFARE
PLAN, on their own behalf and on behalf of all
others similarly situated,

        Plaintiffs,

        v.

ADVOCATE AURORA HEALTH, INC. AND
AURORA HEALTH CARE INC.,

        Defendants.

Case No. 2:22-cv-610-LA

---

PATRICK SHAW; DEBRA SHAW; AND
HALEY SHAW, on their own behalf and on behalf
of all others similarly situated,

        Plaintiffs,

        v.

ADVOCATE AURORA HEALTH, INC. AND
AURORA HEALTH CARE INC.,

        Defendants.

Case No. 2:24-cv-157-LA

---

**DECLARATION OF ANNE JOHNSON PALMER IN SUPPORT OF DEFENDANTS'
MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF JEFFREY J.
LEITZINGER, LOUIS F. ROSSITER, AND MARK WERNICKE**

I, Anne Johnson Palmer, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an attorney with the law firm of Ropes & Gray LLP, and I am admitted to practice in the Commonwealth of Massachusetts, the State of California, and the U.S. District Court for the Eastern District of Wisconsin. I represent Defendants Advocate Aurora Health, Inc. ("AAH") and Aurora Health Care Inc. (together, "Defendants") in the above-captioned matters.[1] I make this declaration based on my personal knowledge and in support of Defendants' Motion to Exclude the Expert Testimony of Jeffrey J. Leitzinger, Defendants' Motion to Exclude the Expert Testimony of Louis F. Rossiter, and Defendants' Motion to Exclude the Expert Testimony of Mark Wernicke, all of which were filed on June 2, 2026.

2.      On November 21, 2025, Plaintiffs served the Expert Report of Jeffrey J. Leitzinger, Ph.D. in the *Uriel* Action. A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 1**.

3.      On March 23, 2026, Plaintiffs served the Rebuttal Report of Jeffrey J. Leitzinger, Ph.D. in the *Uriel* Action. A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 2**.

4.      On December 1, 2025, Plaintiffs served the Expert Report of Louis F. Rossiter, Ph.D. in the *Shaw* Action. A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 3**.

5.      On March 23, 2026, Plaintiffs served the Expert Reply Report of Louis F. Rossiter,

---

[1] Defendants' relevant motions have been filed in the actions of *Uriel Pharmacy Health and Welfare Plan et al. v. Advocate Aurora Health, Inc. et al.*, Case No. 2:22-cv-610-LA (E.D. Wis.) (the "*Uriel* Action") and *Patrick Shaw et al. v. Advocate Aurora Health, Inc. et al.*, Case No. 2:24-cv-157-LA (E.D. Wis.) (the "*Shaw* Action").

Ph.D. in the *Shaw* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 4**.

6.      On December 1, 2025, Plaintiffs served the Expert Report of Mark Wernicke, FSA, FCA, MAAA in the *Shaw* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 5**.

7.      On March 23, 2026, Plaintiffs served the Expert Reply Report of Mark Wernicke, FSA, FCA, MAAA in the *Shaw* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 6**.

8.      On January 20, 2026, Defendants served the Expert Report of Jonathan Orszag in the *Uriel* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 7**.

9.      On February 2, 2026, Defendants served the Expert Report of Jonathan Orszag in the *Shaw* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 8**.

10.     On November 21, 2025, Plaintiffs served the Expert Report of David Dranove, Ph.D. in the *Uriel* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 9**.

11.     On November 21, 2025, Plaintiffs served the Expert Report of David Dranove, Ph.D. in the *Shaw* Action.  A true and correct copy of this report, including its exhibits and appendices, is attached to this declaration as **Exhibit 10**.

12.     On July 15, 2025, Plaintiffs and Defendants took the deposition of ███████ in the above-captioned actions.  A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 11**.

13. On June 16, 2025, Plaintiffs and Defendants took the deposition of Shelley Turk as Blue Cross Blue Shield of Illinois' 30(b)(6) corporate representative in the above-captioned actions. A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 12**.

14. On May 1, 2026, Defendants took the deposition of David Dranove, Ph.D. in the above-captioned actions. A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 13**.

15. On April 20, 2026, Defendants took the deposition of Jeffrey Leitzinger in the *Uriel* Action. A true and correct copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 14**.

16. On June 2, 2025, Plaintiffs took the deposition of Titus Muzi in the above-captioned actions. A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 15**.

17. On June 26, 2025, Plaintiffs took the deposition of Jim Skogsbergh in the above-captioned actions. A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 16**.

18. On November 21, 2024, Plaintiffs took the deposition of Gail Hanson in the above-captioned actions. A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 17**.

19. On April 17, 2026, Defendants took the deposition of Louis Rossiter, Ph.D. in the *Shaw* Action. A true and correct copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 18**.

20. On March 26, 2026, Defendants took the deposition of Mark Wernicke in the *Shaw*

Action.  A true and correct copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 19**.

21.  During his deposition on March 26, 2026, Mr. Wernicke prepared a document that was subsequently marked as Wernicke Exhibit 6.  A true and correct copy of this document is attached hereto as **Exhibit 20**.

22.  During his deposition on March 26, 2026, Mr. Wernicke further revised the document marked as Wernicke Exhibit 6, which was subsequently marked as Wernicke Exhibit 8.  A true and correct copy of this document is attached hereto as **Exhibit 21**.

23.  On August 20, 2025, Defendants took the deposition of ███████ in the above-captioned actions.  A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 22**.

24.  On August 5, 2025, Defendants and Plaintiffs took the deposition of Adam Koenig in the *Shaw* Action.  A true and correct excerpted copy of the certified transcript from this deposition is attached to this declaration as **Exhibit 23**.

25.  Defendants produced to Plaintiffs in the above-captioned actions a document bearing beginning Bates number AAHEDWI01645637.  A true and correct excerpted copy is attached hereto as **Exhibit 24**.

26.  Defendants produced to Plaintiffs in the above-captioned actions a document bearing beginning Bates number AAHEDWI01428224.  A true and correct excerpted copy is attached hereto as **Exhibit 25**.

27.  Third-Party ███████████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number AURORA00003320.  A true and correct copy is attached hereto as **Exhibit 26**.

-4-

28. Third-Party ████████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██_Uriel_0000002. A true and correct copy is attached hereto as **Exhibit 27**.

29. Third-party ████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number AHA_000763. A true and correct copy is attached hereto as **Exhibit 28**.

30. Third-Party ████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██_Uriel_0000407. A true and correct copy is attached hereto as **Exhibit 29**.

31. Third-party ██████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number Uriel-Sub0002152. A true and correct copy is attached hereto as **Exhibit 30**.

32. Third-party ██████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number Uriel-Sub0000768. A true and correct copy is attached hereto as **Exhibit 31**.

33. Third-party █████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██_Shaw_0000785. A true and correct copy is attached hereto as **Exhibit 32**.

34. Third-party █████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██_Shaw_0002429. A true and correct copy is attached hereto as **Exhibit 33**.

35. On September 3, 2025, ██████████ prepared a declaration that was served in the *Shaw* Action. A true and correct copy of this declaration is attached hereto as **Exhibit 34**.

36. Third-party ███████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██████_Uriel_0000002. A true and correct copy is attached hereto as **Exhibit 35**.

37. Defendants produced to Plaintiffs in the above-captioned actions a document bearing beginning Bates number AAHEDWI00343476. A true and correct copy is attached hereto as **Exhibit 36**.

38. Defendants produced to Plaintiffs in the above-captioned actions a document bearing beginning Bates number AAHEDWI00033620. A true and correct copy is attached hereto as **Exhibit 37**.

39. Third-Party ███████████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ████-Shaw-00000203. A true and correct excerpted copy is attached hereto as **Exhibit 38**.

40. Third-Party ██████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██████_ShawAAH_00249. A true and correct excerpted copy is attached hereto as **Exhibit 39**.

41. Third-Party ██████████ produced to Defendants and Plaintiffs in the above-captioned actions a document bearing beginning Bates number ██████_ShawAAH_00320. A true and correct excerpted copy is attached hereto as **Exhibit 40**.

42. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Considering Employee Benefits for Health Policy Development," authored by the American Academy of Actuaries, as one of Mr. Wernicke's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 41**.

43. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled

"Employer-Sponsored Health Insurance 101," by Gary Claxton et al., as one of Mr. Wernicke's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 42**.

44. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "The Roles of the Actuary in the Selection & Application of Actuarial Models," authored by the American Academy of Actuaries, as one of Mr. Wernicke's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 43**.

45. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Introductory Actuarial Standard of Practice," authored by the Actuarial Standards Board, as one of Mr. Wernicke's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 44**.

46. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Incurred Health and Disability Claims," authored by the Actuarial Standards Board, as one of Mr. Wernicke's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 45**.

47. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Report of the Examination of Humana Health Organization Insurance Corporation," authored by the insurer Humana, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 46**.

48. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Trends in Premiums, Claims, and Enrollment for Fully Insured Large Group, Small Group, and Individual Health Plans from 2011 to 2021," authored by Elizabeth Plummer et al., as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 47**.

49. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Health Insurance and the Labor Market," authored by Jonathan Gruber, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 48**.

50. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Labor Market Responses to Rising Health Insurance Costs: Evidence on Hours Worked," authored by David M. Cutler and Brigitte C. Madrian, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 49**.

51. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "The Labor Market Effects of Rising Health Insurance Premiums," authored by Katherine Baicker and Amitabh Chandra, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 50**.

52. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "The Incidence of Mandated Maternity Benefits," authored by Jonathan Gruber, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 51**.

53. On December 4, 2025, Plaintiffs in the *Shaw* Action produced the document titled "Mandate-Based Health Reform and the Labor Market: Evidence from the Massachusetts Reform," authored by Jonathan T. Kolstad and Amanda E. Kowalski, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 52**.

54. On March 26, 2026, Plaintiffs in the *Shaw* Action produced the document titled "Cost Pass-Through in Differentiated Product Markets: The Case of U.S. Processed Cheese," authored by Donghun Kim and Ronald W. Cotterill, as one of Dr. Rossiter's reliance materials. A true and correct copy of this document is attached hereto as **Exhibit 53**.

55.    In August 2005, the Government Accountability Office published a report to the Honorable Paul Ryan titled "Federal Employees Health Benefits Program Competition and Other Factors Linked to Wide Variation in Health Care Prices." A true and correct copy of this document (publicly accessible at https://www.gao.gov/assets/gao-05-856.pdf) is attached hereto as **Exhibit 54.**

56.    In January 2026, BlueCross BlueShield of Illinois published its 2026 "Commercial Provider Manual." A true and correct copy of this public document (publicly accessible at https://www.bcbsil.com/docs/provider/il/standards/manual/commercial/commercial-provider-manual.pdf) is attached hereto as **Exhibit 55.**

57.    On November 6, 2017, Joan Barrett of Axene Health Partners, LLC published an article titled "Accountability: Rates." A true and correct copy of this document (publicly accessible at https://axenehp.com/wp-content/uploads/2017/11/06_accountability_rates_web.pdf) is attached hereto as **Exhibit 56**.

58.    On March 14, 2017, Jeffrey Leitzinger, Ph.D. prepared a corrected expert declaration on behalf of plaintiffs in *UEBT v. Sutter Health*, No. CGC 14-538451 (Cal. Super. May 3, 2017), which was subsequently filed on the public docket in that litigation on January 12, 2018. A true and correct copy of this publicly-available declaration is attached hereto as **Exhibit 57**.

59.    On September 12, 2025, ████████████████ prepared a declaration that was served in the *Shaw* Action. A true and correct copy of this declaration is attached hereto as **Exhibit 58**.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2026

*/s/ Anne Johnson Palmer*

Daniel E. Conley
Nathan J. Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: 414.277.5000
Fax: 414.271.3552
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek, SBN 1045592
QUARLES & BRADY LLP
33 E Main St, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Fax: 608.251.9166
matthew.splitek@quarles.com

Jane E. Willis
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Fax: 617.951.7050
jane.willis@ropesgray.com

Anne Johnson Palmer
Rocky C. Tsai
ROPES & GRAY LLP
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Telephone: 415.315.6300
Fax: 415.315.6350
rocky.tsai@ropesgray.com
anne.johnsonpalmer@ropesgray.com