**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>    Defendants. | Case No. 2:22-cv-610 |

## PLAINTIFFS' MOTION TO EXCLUDE
## OPINIONS OFFERED BY MR. JONATHAN ORSZAG

Pursuant to Federal Rules of Evidence 702 and 703, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), plaintiffs Uriel Pharmacy Health and Welfare Plan, Uriel Pharmacy, Inc., Hometown Pharmacy, and Hometown Pharmacy Health and Welfare Benefits Plan ("Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for an order excluding certain opinions offered by defense expert Jonathan Orszag. In support of this motion, Plaintiffs rely on (1) the evidence and argument in their accompanying memorandum of law, (2) the Declaration of Yinka Onayemi and the exhibits thereto, and (3) any further evidence or argument to be presented to the Court in connection with this motion. A proposed order is filed herewith.

1

Respectfully submitted,

Dated: June 2, 2026

/s/ Michael Lieberman

Eric L. Cramer
David F. Sorensen
Caitlin G. Coslett
Michaela L. Wallin
Sarah Zimmerman
BERGER MONTAGUE, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
ccoslett@bergermontague.com
dsorensen@bergermontague.com
mwallin@bergermontague.com
szimmerman@bergermontague.com
**Counsel for All Plaintiffs**

Timothy Hansen
James Cirincione
**HANSEN REYNOLDS, LLC**
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Tel: (414) 455-7676
thansen@hansenreynolds.com
jcirincione@hansenreynolds.com
**Counsel for All Plaintiffs**

Jamie Crooks
Michael Lieberman
Yinka Onayemi
**FAIRMARK PARTNERS, LLP**
400 7th Street, NW, Ste. 304
Washington, DC 20004
Tel: (617) 642-5569
jamie@fairmarklaw.com
michael@fairmarklaw.com
yinka@fairmarklaw.com
**Counsel for All Plaintiffs**

Kevin M. St. John, SBN 1054815 5325
**BELL GIFTOS ST. JOHN LLC**
5325 Wall Street, Suite 2200
Madison, WI 53718
Tel: (608) 216-7990
Email: kstjohn@bellgiftos.com
**Counsel for Uriel Pharmacy Inc., Uriel Pharmacy Health and Welfare Plan**

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 2, 2026, a true and correct copy of the foregoing was filed with the Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: June 2, 2026

/s/ Michael Lieberman
Michael Lieberman

3