**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>      Defendants. | Case No. 2:22-cv-610 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE
OPINIONS OFFERED BY MR. JONATHAN ORSZAG**

And now, on this _____ day of _____, 2026, upon consideration of Plaintiffs' Motion to Exclude Opinions Offered By Mr. Jonathan Orszag, all evidence submitted in connection therewith, all argument made thereon, and all responses and arguments thereto, under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rules of Evidence 702 and 703, and for the reasons set forth in the record of the proceedings and in the written opinion accompanying this Order, and for other good cause having been shown, it is hereby ORDERED that the Motion is GRANTED.

Paragraphs 84, 94-101, and 106-114 are hereby excluded and stricken from the Expert Report of Mr. Jonathan Orszag and Mr. Orszag may not offer the opinions included therein.

1

Mr. Orszag may not provide any testimony at any stage of this case concerning, based on, or relying on the following opinions which are excluded: (a) any price differences between the AAH-Wisconsin and AAH-Illinois (or Advocate) systems before the Challenged Conduct began; (b) any "false positive" results produced by Dr. Leitzinger's regression models; or (c) any "difference-in-differences" results regarding changes in AAH-Wisconsin's rates after the removal of the "All Plans" restraint. All reports and opinions of Mr. Orszag regarding the above topics may not be introduced in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2026

BY THE COURT:

_____
Lynn Adelman, U.S.D.J.
United States District Judge
Eastern District of Wisconsin