# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

URIEL PHARMACY HEALTH AND
WELFARE PLAN; URIEL PHARMACY,
INC.; HOMETOWN PHARMACY; AND
HOMETOWN PHARMACY HEALTH and
WELFARE BENEFITS PLAN, on their own
behalf and on behalf of all others similarly
situated,

Plaintiffs,

v.

ADVOCATE AURORA HEALTH, INC. and
AURORA HEALTH CARE, INC.,

Defendants.

Case No. 2:22-cv-610

## DECLARATION OF YINKA ONAYEMI IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE

I, Yinka Onayemi, subject to the penalties of perjury, do hereby declare that I am an attorney at the law firm Fairmark Partners, LLP, counsel for Plaintiffs. I am an attorney duly authorized to practice law in New York and am admitted in this Court. I submit this Declaration in support of Plaintiffs' Motion to Exclude Opinions Offered By Mr. Jonathan Orszag.

I declare under penalty of perjury that the following is true and correct:

1. Fairmark Partners, LLP and Berger Montague PC have served as counsel for Plaintiffs and the proposed Class.

2. The following documents, attached hereto, are cited in Plaintiffs' Memorandum of Law in Support of their Motion to Exclude Opinions Offered by Mr. Jonathan Orszag. Many of these documents are being filed under seal because they contain information that was designated as confidential under the protective order in this case, by either a party or nonparty.

1

3. Attached as Exhibit 1 is a true and correct copy of the Expert Report of Jonathan Orszag dated January 20, 2026.

4. Attached as Exhibit 2 is a true and correct copy of the Expert Report of David Dranove, Ph.D. dated November 21, 2025 (filed under seal).

5. Attached as Exhibit 3 is a true and correct copy of the Expert Report of Patrick S. Romano, M.D., M.P.H. dated November 21, 2025 (filed under seal).

6. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Jeffrey J. Leitzinger, Ph.D. dated November 21, 2025 (filed under seal).

7. Attached as Exhibit 5 is a true and correct copy of the Expert Rebuttal Report of Jeffrey J. Leitzinger, Ph.D. dated March 23, 2026 (filed under seal).

8. Attached as Exhibit 6 is a true and correct copy of the Stipulation of Designated 30(b)(6) Testimony dated October 31, 2025 (filed under seal).

9. Attached as Exhibit 7 is a true and correct copy of 2003 Aurora Healthcare presentation (AAHEDWI01645637-849).

10. Attached as Exhibit 8 is a true and correct copy of the transcript of Jonathan Orszag's deposition on March 5, 2026. (filed under seal).

11. Attached as Exhibit 9 is a true and correct copy of annotations regarding the Mercer Study (AAHEDWI01501491-502) (filed under seal).

12. Attached as Exhibit 10 is a true and correct copy of Metro Milwaukee Health Care: Studies on Costs How We Can Turn the Tide dated July 14, 2003 (AAHEDWI01587785-809) (filed under seal).

2

13. Attached as Exhibit 11 is a true and correct copy of Redefining Value: The 4Square & its Impact on Advocate Aurora North and the Business Community (AAHEDWI00311317-23) (filed under seal).

14. Attached as Exhibit 12 is a true and correct copy of an excerpt of the transcript of Joanne Beck's deposition on July 31, 2025 (filed under seal).

15. Attached as Exhibit 13 is a true and correct copy of an excerpt of the transcript of Eric Stotlar's deposition on August 19, 2025 (filed under seal and also publicly, with redactions).

16. Attached as Exhibit 14 is a true and correct copy of Current State Summary.xlsx dated April 22, 2022 (AURORA00001869) (filed under seal).

17. Attached as Exhibit 15 is a true and correct copy of the Corrected Expert Report Declaration of Dr. Robert T. Willig In Support of Defs.' Opp. to Class Cert., *Sidibe v. Sutter Health*, No. 12-cv-4854 (N.D. Cal. Nov. 8, 2018).

18. Attached as Exhibit 16 is a true and correct copy of Expert Reply Report of David Dranove, Ph.D. dated March 23, 2026 (filed under seal).

19. Attached as Exhibit 17 is a true and correct copy of Messages between Jennifer Atkins and Daniel Stahlkopf dated March 10, 2022 (AAHEDWI02143440-43) (filed under seal).

20. Attached as Exhibit 18 is a true and correct copy of an excerpt of the transcript of Paul Maxwell's deposition on June 5, 2025 (filed under seal and also publicly, with redactions).

21. Attached as Exhibit 19 is a true and correct copy of the transcript of Titus Muzi's deposition on June 2, 2025 (filed under seal).

22. Attached as Exhibit 20 is a true and correct copy of Email from Jennifer Atkins to Larry Lenz dated December 13, 2022 (AAHEDWI01188952) (filed under seal).

3

This declaration was executed on the 2nd day of June, 2026.

/s/ Yinka Onayemi

Yinka Onayemi

4