**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-610 |

## DECLARATION OF MICHAELA L. WALLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Michaela L. Wallin, subject to the penalties of perjury, do hereby declare that I am a shareholder in the law firm Berger Montague PC, counsel for Plaintiffs. I am an attorney duly authorized to practice law in the State of New York and am admitted to this Court. I submit this Declaration in support of Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury that the following is true and correct:

1. Fairmark Partners, LLP and Berger Montague PC ("Proposed Co-Lead Class Counsel") have served as counsel for Plaintiffs and the proposed Class. Proposed Co-Lead Class Counsel have devoted thousands of hours and have advanced substantial funds without reimbursement in service of prosecuting this case on behalf of Plaintiffs and the proposed Class.[1]

---

[1] This case was originally brought by Fairmark Partners LLP in May 2022, and Berger Montague PC joined as counsel in April 2023. *See* ECF No. 29, 30, 44.

2.      On behalf of Plaintiffs and the proposed Class, Proposed Co-Lead Counsel briefed and argued complex motions and disputes, including prevailing over Defendants' motion to dismiss at the outset of the case; conducted extensive party and nonparty discovery; and retained preeminent economic experts to render opinions on key issues in the case and analyze reams of data collected in discovery.

3.      In terms of party discovery alone, Proposed Co-Lead Counsel have, among other tasks, taken and defended dozens of depositions; conducted extensive discovery negotiations with defendants and nonparties; reviewed and analyzed hundreds of thousands of documents; and issued and assisted Plaintiffs in responding to written discovery, including interrogatories, requests for production of documents, and requests for admission. Proposed Co-Lead Counsel also engaged in extensive nonparty discovery efforts.

4.      Plaintiffs also actively supervised and contributed to this case's prosecution, including guiding discovery, responding to written discovery requests, collecting and producing tens of thousands of documents though an extensively negotiated search process involving an outside discovery vendor and consultation with counsel, producing witnesses for Rule 30(b)(6) depositions of Plaintiffs, and preparing those witnesses to testify as Rule 30(b)(6) witnesses for Plaintiffs.

5.      The following documents, attached hereto, are cited in Plaintiffs' Memorandum of Law in Support of their Motion for Class Certification. Many of these documents are being filed under seal because they contain information that was designated as confidential under the protective order in this case, by either a party or nonparty.

6.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Jeffrey J. Leitzinger, Ph.D. dated November 21, 2025 (filed under seal).

2

7. Attached as Exhibit 2 is a true and correct copy of the Expert Rebuttal Report of Jeffrey J. Leitzinger, Ph.D. dated March 23, 2026 (filed under seal).

8. Attached as Exhibit 3 is a true and correct copy of the Expert Report of David Dranove, Ph.D. dated November 21, 2025 (filed under seal).

9. Attached as Exhibit 4 is a true and correct copy of the Expert Rebuttal Report of David Dranove, Ph.D. dated March 23, 2026 (filed under seal).

10. Attached as Exhibit 5 is a true and correct copy of the Expert Report of Patrick S. Romano, M.D., M.P.H. dated November 21, 2025 (filed under seal).

11. Attached as Exhibit 6 is a true and correct copy of the Expert Rebuttal Report of Patrick S. Romano, M.D., M.P.H. dated March 23, 2026 (filed under seal).

12. Attached as Exhibit 7 is a true and correct copy of Titus Muzi Interview Notes dated June 5, 2018 (HURON_068646-49) (filed under seal).

13. Attached as Exhibit 8 is a true and correct copy of Amendment No. 12 To the Physician Hospital Organization Participation Agreement Between Humana Wisconsin Health Organization Insurance Corporation, Humana Insurance Company and Aurora Health Care, Inc. (AAHEDWI00597913-27) (filed under seal).

14. Attached as Exhibit 9 is a true and correct copy of the transcript of Richard Klein's deposition on May 9, 2025 (filed under seal).

15. Attached as Exhibit 10 is a true and correct copy of the transcript of Larry Lenz's 30(b)(6) deposition on October 16, 2025 (filed under seal).

16. Attached as Exhibit 11 is a true and correct copy of Innosight Discussion Document dated May 24, 2018 (AAHEDWI00756315-58) (filed under seal).

3

17.      Attached as Exhibit 12 is a true and correct copy of Advocate Aurora Health Discussion Document dated June 5, 2018 (HURON_054337-47) (filed under seal).

18.      Attached as Exhibit 13 is a true and correct copy of Aurora Health Care Managed Care Overview (AAHEDWI00450873-98) (filed under seal).

19.      Attached as Exhibit 14 is a true and correct copy of Advocate Aurora Health, Inc. Narrative Response to Specification 10 of Civil Investigative Demand (AAHEDWI00621359-63) (filed under seal).

20.      Attached as Exhibit 15 is a true and correct copy of Standard Contract Terms (AAHEDWI00658806-07) (filed under seal).

21.      Attached as Exhibit 16 is a true and correct copy of Email from Barry Eldridge to Paul Nobile dated December 17, 2019 (BCBSWI_AAH_00022781-82) (filed under seal and also publicly, with redactions).

22.      Attached as Exhibit 17 is a true and correct copy of Email from Scott Gerhart to Amy Patrick and Andrea Lathers dated December 7, 2019 (BCBSWI_AAH_00024689-691) (filed under seal and also publicly, with redactions).

23.      Attached as Exhibit 18 is a true and correct copy of Letter from Aurora Health Care to United HealthCare Insurance Company dated November 27, 2018 (AAHEDWI00299219-20) (filed under seal).

24.      Attached as Exhibit 19 is a true and correct copy of Email from Jeff Anderson to Richard Heim and Don Calcagno dated December 18, 2018 (AAHEDWI00007080-85) (filed under seal).

25.      Attached as Exhibit 20 is a true and correct copy of Letter from Aurora Health Care to Humana, Inc. dated January 10, 2019 (AAHEDWI00095705-07) (filed under seal).

4

26. Attached as Exhibit 21 is a true and correct copy of Email from Larry Lenz to Jeff Anderson dated January 18, 2019 (AAHEDWI00023436-42) (filed under seal).

27. Attached as Exhibit 22 is an excerpt of a true and correct copy of the transcript of Andrea Lathers's 30(b)(6) deposition on May 27, 2025 (filed under seal and also publicly, with redactions).

28. Attached as Exhibit 23 is a true and correct copy of Email from Joanne Beck to Kristi Coklas dated October 30, 2020 (UHG-Uriel-00000494-95) (filed under seal).

29. Attached as Exhibit 24 is an excerpt of a true and correct copy of the transcript of Jeremy Ott's 30(b)(6) deposition on July 11, 2025 2025

30. Attached as Exhibit 25 is a true and correct copy of Message from Jeff Anderson to Richard Klein and Titus Muzi (AAHEDWI00598196) (filed under seal).

31. Attached as Exhibit 26 is a true and correct copy of Order Granting In Part Motion To Strike, Granting Class Certification, and Setting Case Management Conference, *UEBT v. Sutter Health*, No. CGC-14-538451 (Sup. Ct. Cal. Aug. 14, 2017) ("*UEBT v. Sutter Class Order*").

32. Attached as Exhibit 27 is an excerpt of a true and correct copy of the transcript of Aaron Jackson's 30(b)(6) deposition on July 18, 2025.

33. Attached as Exhibit 28 is an excerpt of a true and correct copy of the transcript of Paul Maxwell's 30(b)(6) deposition on June 5, 2025 (filed under seal and also publicly, with redactions).

34. Attached as Exhibit 29 is a true and correct copy of North Central Region: Milwaukee, Supply Chain Risk Evaluation (HUMANA019081) (filed under seal).

5

35. Attached as Exhibit 30 is a true and correct copy of Email from Titus Muzi to Richard Klein regarding Contract Amendment dated December 4, 2018 (AAHEDWI00573956-57) (filed under seal).

36. Attached as Exhibit 31 is a true and correct copy of North Central Region: Green Bay, Supply Chain Risk Evaluation (HUMANA019080) (filed under seal).

37. Attached as Exhibit 32 is a true and correct copy of UnitedHealthcare Local Wisconsin/Michigan 2021 Business Plan (UHG-Uriel-00000368) (filed under seal).

38. Attached as Exhibit 33 is a true and correct copy of Wisconsin Nexus ACO July 2022 FAQ for Sales and Account Management (UHG-Uriel-00020038-46) (filed under seal).

39. Attached as Exhibit 34 is a true and correct copy of Email from Titus Muzi to Richard Klein regarding DNV Survey and Process dated December 4, 2018 (AAHEDWI00573958-64) (filed under seal).

40. Attached as Exhibit 35 is a true and correct copy of Email from Scott Gerhart to Justin Brown dated February 20, 2019 (BCBSWI_AAH_00025938-39) (filed under seal and also publicly, with redactions).

41. Attached as Exhibit 36 is a true and correct copy of Email from Larry Lenz to Titus Muzi and Daniel Stahlkopf dated January 28, 2020 (AAHEDWI00158954-60) (filed under seal).

42. Attached as Exhibit 37 is a true and correct copy of Email from Titus Muzi to Richard Klein dated November 29, 2018 (AAHEDWI00573949-50) (filed under seal).

43. Attached as Exhibit 38 is a true and correct copy of Email from Jeff Anderson to Michael Dean dated June 13, 2019 (AAHEDWI00008411-14) (filed under seal).

6

44. Attached as Exhibit 39 is a true and correct copy of Email from Larry Lenz to Titus Muzi dated June 8, 2020 (AAHEDWI00152452-63) (filed under seal).

45. Attached as Exhibit 40 is a true and correct copy of Aurora Health Care 2021 UHC Contracting dated October 28, 2018 (AAHEDWI00435658-69) (filed under seal).

46. Attached as Exhibit 41 is a true and correct copy of Email from Jeff Anderson to Self regarding Cigna Meeting dated October 19, 2018 (AAHEDWI00025038-40) (filed under seal).

47. Attached as Exhibit 42 is a true and correct copy of Email from James Ramsey to Daniel Stahlkopf and Jill Fyock dated August 4, 2023 (AAHEDWI00868418-20) (filed under seal).

48. Attached as Exhibit 43 is a true and correct copy of Email from Daniel Stahlkopf to Brent Estes dated April 23, 2021 (AAHEDWI00083070-74) (filed under seal).

49. Attached as Exhibit 44 is a true and correct copy of Aurora Health Care Managed Care Contracting (AAHEDWI00450947-969) (filed under seal).

50. Attached as Exhibit 45 is a true and correct copy of Email from Kaitlin Fink to Aaron Jackson dated February 28, 2020 (CG_0063481-483) (filed under seal and also publicly, with redactions).

51. Attached as Exhibit 46 is an excerpt of a true and correct copy of the transcript of Paul Spencer's 30(b)(6) deposition on September 15, 2025 (filed under seal).

52. Attached as Exhibit 47 is a true and correct copy of Advocate Aurora Health Renewal Interests (UHG-Uriel-00006550) (filed under seal).

53. Attached as Exhibit 48 is a true and correct copy of the transcript of Richard Klein's 30(b)(6) deposition on October 21, 2025 (filed under seal).

7

54. Attached as Exhibit 49 is a true and correct copy of Aurora Quartz Medicare Advantage Path to Purchase (AAHEDWI00029647-688) (filed under seal).

55. Attached as Exhibit 50 is a true and correct copy of Email from Richard Klein to Titus Muzi dated December 22, 2020 (AAHEDWI00031964-965) (filed under seal).

56. Attached as Exhibit 51 is a true and correct copy of Email from Larry Lenz to Daniel Stahlkopf dated July 15, 2020 (AAHEDWI00046419-425) (filed under seal).

57. Attached as Exhibit 52 is a true and correct copy of Email from David Stahlkopf to Mimi Foote dated May 27, 2021 (AAHEDWI00082402-404) (filed under seal).

58. Attached as Exhibit 53 is a true and correct copy of Email from Larry Lenz to Jeff Anderson dated January 18, 2019 (AAHEDWI00082436-440) (filed under seal).

59. Attached as Exhibit 54 is a true and correct copy of Email from Titus Muzi to Jeff Anderson dated January 24, 2019 (AAHEDWI00127810-818) (filed under seal).

60. Attached as Exhibit 55 is a true and correct copy of Press Release from Cal. Dep't of Justice, *Attorney General Bonta Announces Final Approval of $575 Million Settlement with Sutter Health Resolving Allegations of Anti-Competitive Practices* (Aug. 37, 2021).

61. Attached as Exhibit 56 is a true and correct copy of the transcript of Richard Klein's deposition dated March 19, 2026 (filed under seal).

62. Attached as Exhibit 57 is a true and correct copy of Wisconsin Managed Care Overview (AAHEDWI00630735-772) (filed under seal).

63. Attached as Exhibit 58 is a true and correct copy of Commercial Physician Reimbursement (AAHEDWI00759865-875) (filed under seal).

64. Attached as Exhibit 59 is a true and correct copy of Email from Daniel Stahlkopf to Titus Muzi dated June 24, 2020 (AAHEDWI00823181-183) (filed under seal).

65. Attached as Exhibit 60 is a true and correct copy of UHC Commercial Update (AAHEDWI00947831-841) (filed under seal).

66. Attached as Exhibit 61 is a true and correct copy of Retail Imaging Strategy (AAHEDWI00983339-364) (filed under seal).

67. Attached as Exhibit 62 is a true and correct copy of Email from Daniel Stahlkopf to Titus Muzi dated June 24, 2020 (AAHEDWI01188952) (filed under seal).

68. Attached as Exhibit 63 is a true and correct copy of Email from David Brzozowski to Larry Lenz dated September 28, 2022 (AAHEDWI01373683-684) (filed under seal).

69. Attached as Exhibit 64 is a true and correct copy of Strategic Pricing Assessment – Wisconsin Hospital/Physician Chargemasters and Illinois Physician Chargemaster (AAHEDWI01378772-803) (filed under seal).

70. Attached as Exhibit 65 is a true and correct copy of Email from Jeffrey Grzybowski to Daniel Stahlkopf dated September 26, 2022 (AAHEDWI02010094-096) (filed under seal).

71. Attached as Exhibit 66 is a true and correct copy of 2018 Employer Health Insurance and Other Products Insights (AAHEDWI02574124-162) (filed under seal).

72. Attached as Exhibit 67 is a true and correct copy of Employer Health Insurance and Employer Programs Report January 2023 Results (AAHEDWI02574179-221) (filed under seal).

73. Attached as Exhibit 68 is a true and correct copy of Aurora Brand Update: Wave 5 (AAHEDWI02602381-422) (filed under seal).

74. Attached as Exhibit 69 is a true and correct copy of Order Granting Motion for Final Approval, *Sidibe v. Sutter Health*, No. 12-cv-04854-LB, Dkt. 1763 (N.D. Cal. Nov. 6, 2025).

75. Attached as Exhibit 70 is a true and correct copy of Consumer Pulse Live: Aurora Brand Update February 2018 (AAHEDWI02613840-861) (filed under seal).

76. Attached as Exhibit 71 is a true and correct copy of Email from Kyle Monroe to Debora Kunferman dated July 18, 2021 (Alliance_UrielPharm_00001585).

77. Attached as Exhibit 72 is a true and correct copy of Email from Andrea Lathers to Amy Patrick dated June 29, 2020 (BCBSWI_AAH_00024854-855) (filed under seal and also publicly, with redactions).

78. Attached as Exhibit 73 is a true and correct copy of Email from John Foley to Sandi Camp dated March 3, 2014 (BCBSWI_AAH_00025759-760) (filed under seal and also publicly, with redactions).

79. Attached as Exhibit 74 is a true and correct copy of the transcript of Paul Blomeyer's deposition dated July 15, 2025 (filed under seal).

80. Attached as Exhibit 75 is a true and correct copy of 20180522 Sylvia Metzer Interview Notes (HURON_068476-482) (filed under seal)..

81. Attached as Exhibit 76 is a true and correct copy of Advocate Aurora Health 101 (HURON_080281-351) (filed under seal).

82. Attached as Exhibit 77 is a true and correct copy of UHC Preliminary Proposal Range (MILLIMAN_00001-039) (filed under seal).

83.     Attached as Exhibit 78 is a true and correct copy of Letter from Juliet Spector to Daniel Bailey (ProHealth_Uriel_0007534-536) (filed under seal and also publicly, with redactions).

84.     Attached as Exhibit 79 is the true and correct copy of Email from Heather Olivia to Larry Lenz and Daniel Stahlkopf dated July 26, 2023 (AURORA00011858-863) (filed under seal and also publicly, with redactions).

85.     Attached as Exhibit 80 is a true and correct copy of Email from Matthew Clark to Stephen Schooff  (Uriel-Sub0002739-750) (filed under seal).

86.     Attached as Exhibit 81 is a true and correct copy of  WPS's Answer to Aurora's Amended Complaint, Amended Counterclaims, and Reply to Counter-Counterclaims, *Aurora Health Care, Inc. v. Wisconsin Physicians Serv. Corp.*, No. 05-cv-011279 (Wis. Circuit Ct. July 10, 2006).

87.     Attached as Exhibit 82 is an excerpt of a true and correct copy of the transcript of Jeffrey Squier's deposition dated September 24, 2025.

88.     Attached as Exhibit 83 is an excerpt of a true and correct copy of the transcript of Naomi Wedin's 30(b)(6) deposition dated January 20, 2025 (filed under seal and also publicly, with redactions).

89.     Attached as Exhibit 84 is an excerpt of a true and correct copy of the transcript of Peter Bacon's 30(b)(6) deposition dated June 23, 2025.

90.     Attached as Exhibit 85 is the true and correct copy of Advocate Aurora Health Managed Care Contracting (AAHEDWI00630685-732) (filed under seal).

91.     Attached as Exhibit 86 is an excerpt of a true and correct copy of the transcript of Joanna Beck's 30(b)(6) deposition dated July 31, 2025 (filed under seal).

92.     Attached as Exhibit 87 is a true and correct copy of the transcript of Jim Skogsbergh's deposition dated June 26, 2025 (filed under seal).

93.     Attached as Exhibit 88 is a true and correct copy of the transcript of Jeff Anderson's deposition dated June 11, 2025 (filed under seal).

94.     Attached as Exhibit 89 is an excerpt of a true and correct copy of the transcript of Shelley Turk's 30(b)(6) deposition dated June 16, 2025 (filed under seal and also publicly, with redactions).

95.     Attached as Exhibit 90 is the true and correct copy of Email from Titus Muzi to Larry Lenz and Daniel Stahlkopf dated December 5, 2019 (AAHEDWI00344442-445) (filed under seal).

This declaration was executed on the 2nd day of June, 2026.


*/s/ Michaela L. Wallin*
Michaela L. Wallin