# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN, et al., on their own behalf and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 22-cv-610-LA |
| ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE INC., | |
| Defendants. | |
| PATRICK SHAW, DEBRA SHAW, and HALEY SHAW, on their own behalf and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 2:24-cv-157-LA |
| ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE INC., | |
| Defendants. | |

## UNOPPOSED CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO RESTRICT DOCUMENTS IN RESPONSE TO PLAINTIFFS' OBJECTIONS

Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc. (collectively,

"Defendants") respectfully move the Court for a one-week extension of the deadline for

Defendants' Reply in Support of Motion to File Documents Under Restricted Access and

Response to Plaintiffs' Objections and Motion to File Under Restricted Access, extending the

deadline from July 28, 2026, to August 4, 2026. In support of this Motion, Defendants state as follows:

1. Plaintiffs in both *Uriel* and *Shaw* filed objections and motions to file under restricted access on June 2, 2026. (*Uriel* ECF Nos. 210, 215; *Shaw* ECF Nos. 105, 115).

2. Given Plaintiffs' objections, and pursuant to General L.R. 79(d)(7), Defendants filed motions to restrict documents in response to Plaintiffs' objections on June 23, 2026. (*Uriel* ECF No. 226; *Shaw* ECF No. 130).

3. Plaintiffs filed responses to Defendants' motions to restrict on July 14, 2026. (*Uriel* ECF No. 228; *Shaw* ECF No. 132).

4. Defendants' reply is currently due July 28, 2026.

5. Defendants seek a one-week extension due to counsel's unavailability resulting from a previously planned family vacation and parental leave.

6. Extending the deadline would also permit Defendants to combine their reply with their response to the Motion to Restrict filed by Plaintiffs on July 14, 2026. (*Uriel* ECF No. 227; *Shaw* ECF No. 131).

7. Defendants' counsel spoke with Plaintiffs' counsel about this request and has been authorized to state that Plaintiffs' counsel does not oppose the requested extension.

8. The requested extension will not result in prejudice to any of the parties and is not made for the purpose of undue delay.

9. This is the first request for an extension of Defendants' reply deadline.

10. Attached as **Exhibit A** is a proposed order granting this unopposed motion.

**WHEREFORE,** Defendants request that the Court enter an order extending the deadline by one week for Defendants to file Defendants' Reply in Support of Motion to File Documents

Under Restricted Access and Response to Plaintiffs' Objections and Motion to File Under

Restricted Access through and until August 4, 2026.

Dated this 22nd day of July, 2026.

*/s/ Nathan Oesch*
Daniel E. Conley
Kristin C. Foster
Nathan J. Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com
kristin.foster@quarles.com

Matthew Splitek
QUARLES & BRADY LLP
33 E Main Street, Suite 900
Madison, WI 53703
Tel: (608) 251-5000
matthew.splitek@quarles.com

Jane E. Willis
Kyle P. Rainey
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7603
jane.willis@ropesgray.com
kyle.rainey@ropesgray.com

Anne Johnson Palmer
ROPES & GRAY LLP
Three Embarcadero Center
San Francisco, CA 94111
Tel: (415) 315-6337
anne.johnsonpalmer@ropesgray.com

David A. Young
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
Tel: (202) 508-4600
david.young@ropesgray.com