**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-610 |

**JOINT NOTICE OF ANTICIPATED SETTLEMENT**

Plaintiffs Uriel Pharmacy Health and Welfare Plan, Uriel Pharmacy Inc., Hometown Pharmacy, and Hometown Pharmacy Health and Welfare Benefits Plan ("Plaintiffs"), individually and on behalf of the proposed direct purchaser class, and Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc. ("Defendants") (Plaintiffs and Defendants together, the "Parties"), have engaged in settlement negotiations and expect to resolve the claims of Plaintiffs and the proposed direct purchaser class in the above-captioned action (the "*Uriel* action"). The anticipated settlement does not involve or purport to settle the claims of the plaintiffs or the proposed class in the indirect purchaser action, *Shaw v. Advocate Aurora Health*, Case No. 2:24-cv-157.

The anticipated settlement in the *Uriel* action was reached following an in-person mediation session with mediator Greg Lindstrom of Phillips ADR. The Parties are now in the process of preparing the settlement documents and anticipate that they will move for preliminary

approval of the settlement and certification of the class in light of settlement in the near future. In light of the Parties' anticipated settlement, the Parties respectfully request that the Court:

1. Stay all deadlines and decisions on motions currently pending in the *Uriel* action pending the Court's ruling on Plaintiffs' forthcoming motion for preliminary approval of the class settlement; and
2. Order the Parties to file a joint status report within 30 days of this Order, identifying the anticipated date by which Plaintiffs will file their motion for preliminary approval of the settlement and certification of the class in light of settlement (if Plaintiffs have not already filed such motion by that date).

Good cause exists for this request under Fed. R. Civ. P. 16(b)(4) and Fed. R. Civ. P. 23(e). The Parties respectfully submit that the requested stay is warranted so as to permit the Parties to finalize the settlement documents, and to allow Plaintiffs to prepare their forthcoming motion for preliminary approval. Proceeding with the currently scheduled deadlines in the interim would risk an unnecessary and avoidable expenditure of both the Parties' and the Court's resources on matters that likely will be rendered moot. The Parties are available for a telephonic or in-person conference with the Court, should the Court find that helpful.

Dated: September 2, 2026

*/s/ Jamie Crooks*
Jamie Crooks
Michael Lieberman
Yinka Onayemi
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Ste. 304
Washington, DC 20004
Tel: (617) 642-5569
Email: jamie@fairmarklaw.com
michael@fairmarklaw.com
yinka@fairmarklaw.com

Eric L. Cramer

David F. Sorensen
Caitlin G. Coslett
Michaela L. Wallin
Sarah Zimmerman
**BERGER MONTAGUE, P.C.**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
ecramer@bergermontague.com
ccoslett@bergermontague.com
dsorensen@bergermontague.com
mwallin@bergermontague.com
szimmerman@bergermontague.com

Timothy Hansen
James Cirincione
John McCauley
**HANSEN REYNOLDS, LLC**
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Tel: (414) 455-7676
thansen@hansenreynolds.com
jcirincione@hansenreynolds.com
jmccauley@hansenreynolds.com

***Counsel for All Plaintiffs and the Proposed Class***

Kevin M. St. John, SBN 1054815 5325
**BELL GIFTOS ST. JOHN LLC**
Wall Street, Suite 2200
Madison, WI 53718
Ph: (608) 216-7990
Email: kstjohn@bellgiftos.com

***Counsel for Uriel Pharmacy Inc., Uriel Pharmacy Health and Welfare Plan and the Proposed Class***

Dated: August [XX], 2026

*/s/ Anne Johnson Palmer*

Daniel E. Conley
Nathan J. Oesch
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202

Telephone: 414.277.5000
Fax: 414.271.3552
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
QUARLES & BRADY LLP
33 E Main St, Suite 900
Madison, WI 53703
Telephone: 608.251.5000
Fax: 608.251.9166
matthew.splitek@quarles.com

Jane E. Willis
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: 617.951.7000
Fax: 617.951.7050
jane.willis@ropesgray.com

Rocky C. Tsai
Anne Johnson Palmer
ROPES & GRAY LLP
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Telephone: 415.315.6300
Fax: 415.315.6350
rocky.tsai@ropesgray.com
anne.johnsonpalmer@ropesgray.com

***Counsel for Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc.***