**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN; URIEL PHARMACY, INC.; HOMETOWN PHARMACY; AND HOMETOWN PHARMACY HEALTH and WELFARE BENEFITS PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC. and AURORA HEALTH CARE, INC.,<br><br>Defendants. | Case No. 2:22-cv-610 |

**[PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO STAY DEADLINES**

The parties filed a Joint Notice of Anticipated Settlement, informing the Court that they have reached an anticipated settlement of the claims of Plaintiffs and the proposed direct purchaser class in this action, and requesting that the Court stay all deadlines and decisions on motions currently pending in this matter pending Plaintiffs' forthcoming motion for preliminary approval. Good cause exists for this stay under Fed. R. Civ. P. 16(b)(4). The requested stay will permit the Parties to finalize the settlement documents and allow Plaintiffs to prepare their forthcoming motion for preliminary approval of the class settlement, as required under Fed. R. Civ. P. 23(e). Accordingly:

**IT IS ORDERED** that the Parties' request to stay deadlines is **GRANTED**. All deadlines currently pending in this action are stayed, pending the Court's ruling on Plaintiffs' forthcoming motion for preliminary approval of the class settlement.

**IT IS FURTHER ORDERED** that the Parties shall file a joint status report within 30 days of this Order, identifying the anticipated date by which Plaintiffs will file their motion for preliminary approval of the settlement and certification of the class in light of the settlement, to the extent such motion has not already been filed by that date.

Dated: September [XX], 2026

BY THE COURT:

______________________________

Hon. Lynn S. Adelman
U.S. District court for the Eastern District of Wisconsin