UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| URIEL PHARMACY HEALTH AND WELFARE PLAN, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADVOCATE AURORA HEALTH, INC. AND AURORA HEALTH CARE INC.,<br><br>Defendants. | Case No. 2:22-cv-610-LA<br><br>Judge Lynn Adelman |

**JOINT STATUS REPORT**

Plaintiffs Uriel Pharmacy Health and Welfare Plan et al. ("Plaintiffs") and Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc. ("Defendants," and together with Plaintiffs, the "Parties") submit this Joint Status Report pursuant to the Court's September 2, 2026 Order (ECF No. 245).

1. On September 23, 2026, the Parties executed a Term Sheet with terms of a settlement that would, if finalized and approved by the Court, resolve the case on behalf of Plaintiffs and a proposed Settlement Class, and the Parties are working to finalize a class action settlement agreement, including related exhibits thereto.
2. The Parties do not seek any modification of the stay.
3. Plaintiffs anticipate filing their motion for preliminary approval of the settlement, certification of a settlement class, and for approval of forms of class action notice and a notice plan, no later than December 22, 2026. If the anticipated filing date changes, the Parties will promptly file an updated status report.

Dated: October 2, 2026

Eric L. Cramer

/s/ Jamie Crooks

Jamie Crooks

Caitlin Coslett
David F. Sorensen
Michaela L. Wallin
Sarah Zimmerman
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Ph: (215) 875-3000
Email: ecramer@bm.net
mwallin@bm.net
**Counsel for All Plaintiffs**

Timothy Hansen
James Cirincione
**HANSEN REYNOLDS, LLC**
301 N. Broadway, Suite 400
Milwaukee, WI 53202
Email: thansen@hansenreynolds.com
jcirincione@hansenreynolds.com
**Counsel for All Plaintiffs**

Yinka E. Onayemi
Michael Lieberman
**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Ste. 304
Washington, DC 20004
Ph: (617) 642-5569
Email: jamie@fairmarklaw.com
yinka@fairmarklaw.com
michael@fairmarklaw.com
**Counsel for All Plaintiffs**

Kevin M. St. John, SBN 1054815 5325
**BELL GIFTOS ST. JOHN LLC**
Wall Street, Suite 2200
Madison, WI 53718
Ph: (608) 216-7990
Email: kstjohn@bellgiftos.com
**Counsel for Uriel Pharmacy Inc., Uriel Pharmacy Health and Welfare Plan**

Daniel E. Conley
Nathan J. Oesch
Kristin C. Foster
**QUARLES & BRADY LLP**
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com
kristin.foster@quarles.com

Matthew Splitek
**QUARLES & BRADY LLP**
33 E Main Street, Suite 900
Madison, WI 53703
Tel: (608) 251-5000
matthew.splitek@quarles.com

***Counsel for Defendants Advocate Aurora Health, Inc. and Aurora Health Care, Inc.***

/s/ Anne Johnson Palmer
Jane E. Willis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7603
jane.willis@ropesgray.com

Anne Johnson Palmer
**ROPES & GRAY LLP**
One Maritime Plaza, Suite 1800
300 Clay Street
San Francisco, CA 94111
Tel: (415) 315-6337
Anne.johnsonpalmer@ropesgray.com